# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOGUKAN SAHIN,<br><br>                      Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, in his Official Capacity, Warden of Immigration Detention Facility, Otay Mesa Detention Center; PATRICK DIVVER, in his Official Capacity, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; KRISTI NOEM, in her Official Capacity, Secretary of the Department of Homeland Security; PAMELA J. BONDI, in her Official Capacity, Attorney General, Department of Justice; TODD LYONS, in his Official Capacity, Acting Director, Immigration and Customs Enforcement,<br><br>                      Respondents. | Case No.:  26cv2336 DMS (GC)<br><br>**ORDER REQUIRING RESPONSE** |

On April 13, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. Respondents are hereby ordered to show cause why the Petition should not be granted by

filing a written response no later than **April 27, 2026**.  Petitioner may file a reply no later than **April 30, 2026**.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance.  The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated:  April 20, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2336 DMS (GC)